The Supreme Court docket number is SC 15546.

*Earle Giovanniello* and *Frank J. Riccio*, in support of the petition.

*Lisa Herskowitz*, deputy assistant state's attorney, in opposition.

Decided October 10, 1996

STATE OF CONNECTICUT *v.* GENT LEE DANIELS

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 445 (AC 14306), is denied.

*Mary Miller Haselkamp*, assistant public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided October 10, 1996

STATE OF CONNECTICUT *v.* GENT LEE DANIELS

The request by the Appellate Court panel for certification to appeal from the Appellate Court, 42 Conn. App. 445 (AC 14306), is denied.

*Mary Miller Haselkamp*, assistant public defender, and *James M. Ralls*, assistant state's attorney, in opposition.

Decided October 10, 1996

STATE OF CONNECTICUT *v.* ROBERT L. GARRETT

The request by the Appellate Court panel for certification to appeal from the Appellate Court, 42 Conn. App. 507 (AC 14385), is denied.